# **EXHIBIT 5**

Email from GrantSolutions to OCC
July 8, 2021

**From:** "(Grantsolutions)" <noreply@grantsolutions.gov>
**Date:** July 8, 2021 at 6:59:30 AM CDT
**To:** Dianne Ireton <Dianne.Ireton@conservation.ok.gov>
**Subject:** [EXTERNAL] Grant Application# S-AML-2021-000083 Not Selected for Funding



Re: Application# S-AML-2021-000083

We regret to inform you that your grant application has not been selected for funding. If you require further info please contact the Agency contacts identified in the funding opportunity announcement.

Grant Program: OSMRE Abandoned Mine Land Program
Announcement: AML - Mid-Contient Region
Organization: CONSERVATION COMMISSION OF OKLAHOMA
Grant#: N/A
Application#: S-AML-2021-000083
Grants.gov Tracking#: N/A

--------

This message has been sent by GrantSolutions (https://www.grantsolutions.gov)