# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   Case No. CIV-21-0719-F |
| | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On July 16, 2021, plaintiffs filed a complaint which includes a request for preliminary injunctive relief. Doc. no. 1, prayer for relief, ¶¶ (f), (g). The purpose of this order is to advise that no request for a preliminary injunction will be taken up by the court, and no hearing will be set, by virtue of the filing of the complaint alone. If plaintiffs intend to press a request for preliminary injunctive relief, plaintiffs are required to file a separate motion, along with a supporting brief, and to otherwise comply with Rule 65, Fed.R.Civ.P. If plaintiffs seek a hearing on such a motion, that request shall also be set out in the motion. Upon review of any motion which may be filed, the court will establish procedures for hearing or otherwise determining the motion.

IT IS SO ORDERED this 19th day of July, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0719p001.docx