IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, *et al.*

                              *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

                              *Defendants*.

No.   21-cv-0719-F

**ORDER GRANTING MOTIONS FOR ADMISSION *PRO HAC VICE***

For good cause shown, this Court grants the following Motions for Admission to practice *pro hac vice* in the United States District Court for the Western District of Oklahoma: Elbert Lin [Doc. 006]; Matthew Z. Leopold [Doc. 007]; David C. McSweeney [Doc. 008]; and Lauren A. Bachtel [Doc. 009], **provided** that said attorneys link their individual PACER accounts to this court in order to request e-filing access (https://www.okwd.uscourts.gov/wp-content/uploads/PDF_A-OKWD_Admitted_Attorneys_Electronic_Filing_Registration.pdf), and then electronically file entries of appearance, consistent with LCvR83.4.

Entered this 22nd day of July, 2021.

                                                          */s/ Stephen P. Friot*
                                                          STEPHEN P. FRIOT
                                                          UNITED STATES DISTRICT JUDGE