### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, et al.,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,

*Defendants*.

Civil Action No: 21-cv-719-F

### PLAINTIFFS' MOTION FOR LEAVE
### TO FILE OVERSIZED BRIEF

Pursuant to Local Rules 7.1(e) and (k), Plaintiffs the State of Oklahoma, Kevin Stitt, in his official capacity as Governor of Oklahoma, Oklahoma Department of Mines, and Oklahoma Conservation Commission (together, "Plaintiffs") respectfully request leave to file an oversized brief, not to exceed forty (40) pages, in support of Plaintiffs' forthcoming motion for preliminary injunction.  In support of this Motion, Plaintiffs state as follows:

1.     On July 16, 2021, Plaintiffs filed the Complaint in this case, asserting multiple claims under the Administrative Procedures Act, 5 U.S.C. §§ 553, 701–706, the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1276(a)(1), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.  In the Prayer for Relief, among other things, Plaintiffs seek a preliminary and permanent injunction.

2.     For several weeks, counsel for Plaintiffs and counsel for Defendants attempted to reach an agreement to maintain a status quo that would be satisfactory to all

parties while this litigation was pending in order to avoid the necessity of litigating a motion for a preliminary injunction. It has now become clear that such an agreement is not possible.

3.      Accordingly, Plaintiffs intend to file a motion for preliminary injunction and brief in support on or after August 23, 2021.

4.      Pursuant to LCvR7.1(e), Plaintiffs' motion for preliminary injunction and brief in support shall not exceed twenty-five (25) pages in length "without leave of court."

5.      This case presents multiple, highly complex legal issues, including issues of first impression. These legal issues have monumental implications for the sovereignty of the State of Oklahoma, the future of surface mining and reclamation regulation in the State, the public welfare, and the environment.

6.      The requested additional pages are necessary to permit Plaintiffs adequate space to present the issues and fully brief Plaintiffs' arguments in support of a motion for preliminary injunction.

7.      Around noon on August 20, 2021, counsel for Plaintiffs contacted counsel for Defendants to obtain Defendants' position on this motion. Defendants had not yet responded by the time of this filing regarding their position on the requested relief.

8.      Plaintiffs will submit a proposed order consistent with this Motion.

**WHEREFORE**, Plaintiffs respectfully request leave to file an oversized motion for preliminary injunction and brief in support, not to exceed forty (40) pages.


Dated August 20, 2021

Respectfully submitted,

s/ Mithun Mansinghani

Mithun Mansinghani
  *Solicitor General*
Bryan Cleveland
  *Assistant Solicitor General*
Jennifer Lewis
  *Assistant Attorney General*
OKLAHOMA OFFICE OF THE ATTORNEY
GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Mithun.mansinghani@oag.ok.gov

Elbert Lin (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Building
951 East Byrd Street
Richmond, VA 23219
Phone: (804) 788-7202
elin@HuntonAK.com

Matthew Z. Leopold (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (808) 955-1500
mleopold@HuntonAK.com

David C. McSweeney
(OK Bar No. 31320)
(*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
Phone: (617) 648-2800
dmcsweeney@HuntonAK.com

Lauren A. Bachtel (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 309-1000
lbachtel@HuntonAK.com
*Counsel for Plaintiffs*