# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA, et al.,

                    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

                    *Defendants*.

Civil Action No: 21-cv-719-F

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Oversized Brief filed herein on August 20, 2021 [Doc. 15], and finding good cause to approve Plaintiffs' Motion, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and **IT IS FURTHER ORDERED** that Plaintiffs shall be restricted to a 40-page limit for their Motion for Preliminary Injunction and Brief in Support.

**IT IS SO ORDERED** this 23rd day of August, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0719p003.PO.docx