Case 5:21-cv-00719-F   Document 90   Filed 04/29/22   Page 1 of 1

FILED
APR 29 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Natural Resources Section*  *Telephone (202) 305-0465*
*150 M Street, NE, Third Floor*  *Facsimile (202) 305-0506*
*Washington, D.C. 20002*

April 28, 2022

Office of the Clerk
United States District Court for the
   Western District of Oklahoma
William J. Hollaway, Jr. United States Courthouse
200 NW 4th Street
Oklahoma City, OK 73102

    Re:    Lodging of the Administrative Record in *Oklahoma, et al. v. U.S. Dep't of the Interior, et al.*, No. Civ-21-719-F and *Oklahoma, et al. v. U.S. Dep't of the Interior, et al.*, No. Civ-21-805-F

To Whom It May Concern:

Enclosed please find three USB flash drives,[1] each containing a full and complete copy of the administrative record in the above-referenced litigations, which have been consolidated for summary judgment briefing, as well as a hyperlinked, electronic index. A notice of lodging, a copy of the index, and a declaration certifying the administrative record will be electronically filed on or before April 29, 2022.

Please lodge one copy of the administrative record with the Court in each of the above-captioned cases. The third USB drive is intended as a courtesy copy for Judge Friot's chambers.

Please do not hesitate to contact me if you have any questions.

                                              Sincerely,

                                              */s/ Arwyn Carroll*
                                              Arwyn Carroll
                                              Trial Attorney

---

[1] In both cases, the Court granted Federal Defendants permission to provide the administrative record to the Court on a USB flash drive. *See* Scheduling Order ¶ 3, *Oklahoma v. U.S. Dep't of the Interior*, No. Civ-21-719-F, ECF No. 89; Scheduling Order ¶ 3, *Oklahoma v. U.S. Dep't of the Interior*, No. Civ-21-805-F, ECF No. 34.