IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, *et al.*<br>  *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  *Defendants*. | Case No. 21-cv-0719-F |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

For good cause shown, this Court grants the Motion for Admission to practice *pro hac vice* in the United States District Court for the Western District of Oklahoma filed on behalf of Erica N. Peterson [Doc. 94], **provided** that Ms. Peterson links her individual PACER account to this court in order to request e-filing access and then electronically files an entry of appearance, consistent with LCvR83.4.

Entered this 8th day of June, 2022.

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0719p026.PO.docx