IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Defendants*. | Civil Action No: CIV-21-719-F |

### NOTICE OF APPEAL BY PLAINTIFFS

Plaintiffs hereby file this Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from this District Court's Order (Doc. 106) and Judgment (Doc. 107) entered in this action on November 9, 2022. For the avoidance of doubt, Plaintiffs appeal from any and all rulings adverse to Plaintiffs that were made at any time in this litigation.

Dated January 9, 2023

Respectfully submitted,

/s *Jennifer Lewis*
Jennifer Lewis
  *Assistant Attorney General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
jennifer.lewis@oag.ok.gov

*Counsel for Plaintiffs*
*Pending 10th Cir. Admission*

        Ryan Leonard
        EDINGER, LEONARD & BLAKLEY, PLLC
        6301 North Western Avenue, Suite 250
        Oklahoma City, OK 73118
        Phone: (405) 367-0555
        Rleonard@elbattorneys.com

        Trevor S. Pemberton
        2300 North Lincoln Boulevard
        Oklahoma City, OK 73105
        Phone: (405) 521-2058
        Trevor.pemberton@gov.ok.gov

*Counsel for Kevin Stitt, in his official capacity as Governor of Oklahoma*