FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**May 18, 2023**

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

―――――――――――――――――――

STATE OF OKLAHOMA; KEVIN STITT, in his official capacity as Governor of Oklahoma; OKLAHOMA DEPARTMENT OF MINES; OKLAHOMA CONSERVATION COMMISSION,

    Plaintiffs/Counterclaim Defendants - Appellants,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA A. HAALAND, in her official capacity as Secretary of the Interior; OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT; GLENDA OWENS, in her official capacity as Acting Director of the Office of Surface Mining Reclamation and Enforcement,

    Defendants/Counterclaimants - Appellees.

No. 23-6008  
(D.C. No. 5:21-CV-00719-F)  
(W.D. Okla.)

―――――――――――――――――――

**ORDER**

―――――――――――――――――――

This matter is before the court on the parties' stipulation to dismiss, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). The motion, as construed, is granted. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk